JOHN J. WYNNE *v.* SHARON A. WYNNE
(12126)

LAVERY, HEIMAN and FREEDMAN, Js.
Argued June 7—decision released June 28, 1994

*Sharon A. Wynne,* pro se, the appellant (defendant).
*Louis Kiefer,* for the appellee (plaintiff).
*Stacy A. Welch,* for the minor children.

PER CURIAM. The judgment is affirmed.